Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

### for the

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT 28  AM 9: 45

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name of Offender:** | **Prentice Wimes** | **Docket # 8:97CR109-3** |

**Sentencing Judge:**  **The Honorable Lyle E. Strom**
**U.S. Senior District Judge**

**Date of Original Sentence:**  **April 9, 1998**

**Original Offense:**  **(Docket # 8:97CR109-3) Ct I: Bank Robbery [18 U.S.C. 2113(a)]**
**Class C Felony**
**(Docket # 8:97CR109-3) Ct II: Bank Robbery [18 U.S.C. 2113 (a)**
**and (d)] Class B Felony**

**Original Sentence:**  **63 months custody, each count (concurrent); three years**
**supervised release, each count (concurrent)**

**Type of Supervision:**  **Supervised Release**

**Date Supervision Commenced:**  **November 7, 2002**

## PETITIONING THE COURT

__XX__  To extend the term of supervision for __24 months__, for a total term of__ 5 years supervised__
__release__.

_____  To modify the conditions of supervision as follows:

### CAUSE

**Mr. Wimes has failed to make regular restitution payments while on supervised release, and**
**has opened lines of credit without the permission of the probation office.**

Respectfully submitted,

*[signature]*

Raul Avalos, Jr.
U.S. Probation Officer

Reviewed by,

*John A. Hill*

John A. Hill, Supervising
*by*
*mlh*  Supervising U.S. Probation Officer

Date: October 26, 2005

**WIMES, Prentice**
**Docket # 8:97CR97-1 & 8:97CR109-3**
**Modification of Conditions of Supervision**


THE COURT ORDERS

_____ No Action

✓ The Extension of Supervision as noted above

_____ The Modification of Conditions as noted above

_____ Other

_____          _____10/26/05_____

The Honorable Lyle E. Strom                              Date
U.S. Senior District Judge

Prob 49
(Rev. 12/00)

# United States District Court

## District of Nebraska

### Docket # 8:97CR109-3

### Waiver of Hearing to Modify Conditions
### of Supervision

I, **Prentice Wimes**, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

To extend the term of supervision for 24 months, until November 6, 2007, for a total term of 5 years supervised release.

Witness: _____     Signed: _____
Raul Avalos, Jr.                                      Prentice Wimes
U.S. Probation Officer

Date: _10-20-2005_